No. 5,645.—STATE ex rel. L. A. FOOT, Attorney General, v. WILLIAM MALLOY, County Clerk, et al., Respondents.

Original application for writ of prohibition directed to the William Malloy, his deputies and clerks, to enjoin them from certifying to the election judges of Silver Bow County certain alleged fraudulent and fictitious names of absent voters, for the election to be held on November 4, 1924.

Decided November 1, 1924.

PER CURIAM.—Relator's application for writ of injunction herein is denied, Mr. Justice Rankin dissenting.

*Mr. L. A. Foot,* Attorney General, *pro se.*

———

No. 5,646.—STATE ex rel. WALTER POWERS, Relator, v. DISTRICT COURT et al., Respondents.

Original application for writ of prohibition directed to the District Court of Powell County and George B. Winston, Judge thereof, to prevent respondents from permitting certain personal property seized under the liquor laws to be introduced in the case of *State of Montana, Plaintiff,* v. *Walter Powers, Defendant.*

Decided November 10, 1924.

PER CURIAM.—Relator's application for writ of injunction herein, is denied.

*Mr. W. E. Keeley,* for Relator.